Certificate Number: 05781-PAE-DE-034038512

Bankruptcy Case Number: 15-10053



05781-PAE-DE-034038512

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2020, at 10:20 o'clock AM PST, Suzanne Maier completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 3, 2020             By:    /s/Allison M Geving

                                      Name:  Allison M Geving

                                      Title: President