United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-10053-elf
Suzanne Maier                                                             Chapter 13
Suzanne Maier
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1              Date Rcvd: Sep 18, 2020
                            Form ID: 195             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db             +Suzanne Maier,    MAILING ADDRESS,    11 Hilltop Road,    Feasterville, PA 19053-6323
db             +Suzanne Maier,    11704 Corry Road,    Philadelphia, PA 19154-2513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              ANNE M. AARONSON    on behalf of Creditor    Police and Fire Federal Credit Union
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              DAVID  NEEREN    on behalf of Creditor    PNC Bank, National Association dneeren@udren.com,
               vbarber@udren.com
              DONNA M. DONAHER    on behalf of Creditor    PNC Bank, National Association donaherd@fnb-corp.com
              HAROLD N. KAPLAN    on behalf of Creditor    PNC Bank, National Association hkaplan@rasnj.com
              MICHAEL W. GALLAGHER    on behalf of Debtor Suzanne  Maier mwglaw@msn.com,   mwglaw1@verizon.net
              NICOLE B. LABLETTA    on behalf of Creditor    PNC Bank, National Association
               nlabletta@pincuslaw.com,   brausch@pincuslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, National Association
               bkgroup@kmllawgroup.com
              SHERRI J. SMITH    on behalf of Creditor    PNC Bank, National Association
               sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Suzanne Maier and Suzanne Maier  : Case No. 15–10053–elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , September 18, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

94
Form 195